UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAMIREZ DURAN, | Case No. 3:26-cv-03002-TSH |
| Plaintiff, | Assigned to the Hon. Thomas S. Hixson |
| v. | [~~PROPOSED~~] ORDER TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY CIVIL ACTION |
| SODEXO OPERATIONS, LLC, | |
| Defendant. | **AS MODIFIED BY COURT |

# [PROPOSED] ORDER

## PURSUANT TO THIS STIPULATION, IT IS HEREBY ORDERED THAT:

1. This matter and all claims against Defendant shall be submitted to arbitration in accordance with Plaintiff's Arbitration Agreement, and the Court shall retain jurisdiction to enforce this Joint Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court;

2. This action shall be stayed pending completion of arbitration;

3. All dates currently set by the Court shall be vacated; and

4. The parties shall file a status report every six months.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE